### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00761-EWN

IBRAHIM ALSADEG,
AYMAN KHALEFA,
HUSAM AL BARQ,
EMEBET KEBEDE,
NEBIYOU TRIFE,
MOHAMED EL MOUDAFFAR, and
YASSER NAJAH,

      Plaintiffs,

v.

UNITES STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, Unites States Department of Homeland Security, and
FEDERAL BUREAU OF INVESTIGATIONS,

      Defendants.

### ORDER RE: STATUS CONFERENCE CONDUCTED ON MAY 4, 2007

The Court having considered Parties' positions and being fully advised in the premises, hereby:

ORDERS Federal Bureau of Investigations to complete the background checks for all Plaintiffs and forward the results to United States Citizenship and Immigration Services within three weeks of the date of this order.

                              SO ORDERED:

                              THIS 9th DAY OF MAY 2007:

                              s/ Edward W. Nottingham
                              United States District Judge