**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00761-EWN

IBRAHIM ALSADEG,
AYMAN KHALEFA,
HUSAM AL BARQ,
EMEBET KEBEDE,
NEBIYOU TIRFE,
MOHAMED EL MOUDAFFAR, and
YASSER NAJAH,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, United States Department of Homeland Security, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

**ORDER**

    The Court having reviewed the Joint Status Report, and sufficient cause appearing, it is ORDERED that the parties shall file on or before August 22, 2007, stipulations of dismissal for all plaintiffs whose applications have been adjudicated, as well as an updated status report if there are any plaintiffs whose applications for naturalization remain pending as of that date.

DATED:  July 17, 2007

                                            s/ Edward W. Nottingham
                                            Chief United States District Judge