# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00761-EWN

IBRAHIM ALSADEG
AYMAN KHALEFA
HUSAM AL BARQ
EMEBET KEBEDE
NEBIYOU TRIFE
MOHAMED EL MOUDAFFAR; and
YASSER NAJAH

       Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director, Unites States Department of Homeland Security; and FEDERAL
BUREAU OF INVESTIGATIONS,

       Defendants.

---

## ORDER RE: STIPULATED MOTION TO DISMISS ALL CLAIMS

---

Pursuant to the Motion to Dismiss by Stipulation filed by the parties, it is accordingly:

ORDERED, ADJUDGED and DECREED that all Claims by Plaintiffs IBRAHIM ALSADEG, AYMAN KHALEFA, HUSAM AL BARQ, EMEBET KEBEDE, AND YASSER NAJAH are hereby dismissed. This dismissal is with prejudice, each party to bear its own costs and attorney's fees.

ORDERED, ADJUDGED and DECREED that all Claims by Plaintiff NEBIYOU TRIFE are hereby dismissed. This dismissal is without prejudice, each party to bear its own costs and attorney's fees.

Dated this 27th day of August, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge