# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00761-EWN

MOHAMED EL MOUDAFFAR

    Plaintiff,

v.

UNITES STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director, Unites States Department of Homeland Security; and FEDERAL BUREAU OF INVESTIGATIONS,

    Defendants.

---

## ORDER RE: STIPULATED MOTION TO DISMISS ALL CLAIMS BY PLAINTIFF MOHAMED EL MOUDAFFAR AND TO CLOSE THE CASE

---

Pursuant to the Motion to Dismiss by Stipulation filed by the parties, it is accordingly:

ORDERED, ADJUDGED and DECREED that all Claims by Plaintiff MOHAMED EL MOUDAFFAR are hereby dismissed. This dismissal is without prejudice, each party to bear its own costs and attorney's fees. The case is hereby closed.

Dated this 26th day of October, 2007.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          Chief United States District Judge